1

2

3

4

5

6

7

8

9

10

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SANDRA STONE,

                    Plaintiff

        v.

CAROLYN W. COLVIN, Acting
Commissioner of Social Security,

                    Defendant.

Case No. EDCV 15-1300-GJS

**JUDGMENT**

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

    IT IS ADJUDGED that the decision of the Commissioner of the Social Security

Administration is AFFIRMED and this action is DISMISSED WITH PREJUDICE.


DATED: May 23, 2016        _____

                            GAIL J. STANDISH
                            UNITED STATES MAGISTRATE JUDGE